No. 99–1704. INTER-MODAL RAIL EMPLOYEES ASSN. ET AL. *v.* BURLINGTON NORTHERN & SANTA FE RAILWAY CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1706. SULLIVAN *v.* RIVER VALLEY SCHOOL DISTRICT ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1708. HILLCREST DEVELOPMENT *v.* COUNTY OF RIVERSIDE ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–1710. UTAH *v.* CANNON. Sup. Ct. Utah. Certiorari denied.

No. 99–1711. CUCAMONGANS UNITED FOR REASONABLE EXPANSION ET AL. *v.* CITY OF RANCHO CUCAMONGA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1715. SOPER, A MINOR, BY HER MOTHER AND NEXT FRIEND, SOPER, ET AL. *v.* HOBEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1716. BIBBEE *v.* SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–1742. BARRETT ET UX. *v.* HARWOOD ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1743. BUCKLEY *v.* CITY OF PORTAGE ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1744. FLORIDA *v.* CONNER. Sup. Ct. Fla. Certiorari denied.

No. 99–1752. SPORTY'S FARM, L. L. C. *v.* SPORTSMAN'S MARKET, INC. C. A. 2d Cir. Certiorari denied.

No. 99–1753. SEWELL *v.* MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 99–1754. KAHN *v.* GENERAL MOTORS CORP. C. A. Fed. Cir. Certiorari denied.